Ida Swain, et al., Appellants, v. London and Lancashire Fire Insurance Company, Appellee.

(Supreme Court of Florida, Division B, October 24, 1905.)

Appeal from Circuit Court Duval County; Rhydon M. Call, Judge.

*A. H. King,* for Appellants.

*A. W. Cockrell & Son,* for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendants and the complainants appealed. Decree affirmed.

Decision Per Curiam.

Robert Mugge, Plaintiff in Error, vs. Tate, Jones & Co., a Corporation, Defendant in Error.

(Supreme Court of Florida, *En Banc.,* June 21, 1905.)

Writ of Error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

*J. J. Lunsford,* for Plaintiff in Error.

*C. C. Whitaker,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Cause dismissed on motion of counsel for the defendant in error.